# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO<br>Plaintiff, | * * * | |
| VS | * | MISC. NO. B-00-018 |
| THE STATE OF TEXAS<br>Respondent. | * * * | B-01-112 |

United States District Court
Southern District of Texas
FILED
DEC 22 2000
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
DEC 27 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

On Plaintiff's Motion for Appointment of Counsel, it is hereby **ORDERED** that:

Michael B. Charlton of Houston and Elisa Vasquez of Galveston, Texas, are appointed to represent JOSE IGNACIO MONTERRUBIO, as lead counsel and co-counsel, respectively, in federal habeas corpus proceedings. Counsel and co-counsel will be compensated at the rate of $125.00 per hour and interim billing is authorized.

DONE at Brownsville, Texas, on 22nd day of December 2000.

_____
Hilda G. Tagle
United States District Judge