CJA 30
(Rev 4/96)

**DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL**

D 50917

| 1 JURISDICTION | 2a DISTRICT COURT DOCKET NO. | 2b COURT OF APPEALS DOCKET NO | 3 FOR (DISTRICT/CIRCUIT) |
|---|---|---|---|
| ☒ DISTRICT COURT  2<br>☐ COURT OF APPEALS  3 | 1:00MC018 | | |

| 4 LOC CODE | 5 CHARGE/OFFENSE (U S or other code citation) | 6 CASE CODE |
|---|---|---|
| TXS BR | 28 USC 2254 | ☒ D-1  ☐ D-2  ☐ D-3  ☐ D-4 |

| 7 IN THE CASE OF | 8 PERSON REPRESENTED (Last Name, First Name, Middle Initial) |
|---|---|
| MONTERRUBIO  vs THE STATE OF TEXAS | Monterrubio, Jose L. |

B-01-112

**9 PERSON REPRESENTED (Status)**
1 ☐ DEFENDANT  2 ☒ HABEAS PETITIONER  3 ☐ APPELLANT  4 ☐ APPELLEE  5 ☐ OTHER

**10 COURT ORDER**
O ☒ Appointing Counsel   C ☐ Co-Counsel   P ☐ Subs for Panel Atty   F ☐ Subs for Federal Public or Community Defender   R ☐ Subs for Retained Atty

Name of Prior Attorney _____   Appt Date _____   Voucher No _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case

b) The attorney named in block 11 is appointed to serve as ☒ Lead Counsel  ☐ Co-Counsel

Name of Co-Counsel _Eliza Vazquez_

Appointment Date _1/22/00_   Voucher No _____

c) If you represented the defendant or petitioner in any prior proceeding, attach a listing of those proceedings and describe your role in each (e g , lead counsel or co-counsel)

d) Due to the expected length of this case and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation are approved pursuant to the attached order

Sig of Presiding Judicial Officer or by Order of Court (Clerk/Deputy)

Date of Order _____   Nunc Pro Tunc Date _____

| 11 FULL NAME OF ATTORNEY/PAYEE (First Name, M I , Last Name, Including Suffix) AND MAILING ADDRESS | 13B SOCIAL SECURITY NO (Only provide per instructions) | 13C EMPLOYER I D NO (only provide per instructions) |
|---|---|---|
| Michael B. Charlton<br>1744 Norfolk<br>Houston, TX 77098 | 13D NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | United States District Court<br>Southern District of Texas<br>FILED<br>DEC 2 2 2000<br>Michael N. Milby<br>Clerk of Court |

| 12 WORK PHONE | 13A Does the attorney have the preexisting agreement (see instructions) with a corporation, including a professional corporation? ☐ Yes  ☐ No |
|---|---|

**CLAIM FOR SERVICES OR EXPENSES**

**14 STAGE OF PROCEEDING**
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding   CHECK NO MORE THAN ONE BOX  Submit a **separate** voucher for **each** stage of the proceeding

| CAPITAL PROSECUTION | HABEAS CORPUS | OTHER PROCEEDINGS |
|---|---|---|
| a ☐ Pre-Trial     e ☐ Appeal<br>b ☐ Trial         f ☐ Petition for Supreme<br>c ☐ Sentencing           Court Writ of<br>d ☐ Other Post Trial     Certiorari | g ☐ Habeas Petition    k ☐ Petition for<br>h ☐ Evidentiary Hearing      Supreme Court<br>i ☐ Dispositive Motions       Writ of<br>j ☐ Appeal                   Certiorari | l ☐ Stay of Execution          o ☐ Other<br>m ☐ Appeal of Denial of Stay     (Please attach<br>n ☐ Petition for Writ of Certiorari to Supreme   description<br>     Court Regarding Denial of Stay      of Proceeding) |

**15 HOURS, BY CATEGORY**
Indicate the number of hours expended for the following categories of work performed during the stage of proceedings at Item 14

On a separate sheet, provide a detailed description of the services performed, including the amounts of time spent and the dates on which the services were performed

| CATEGORIES | HOURS | SUBTOTALS |
|---|---|---|
| a In-Court Hearings | | In Court (a) _____ |
| b Interviews and Conferences with Client | | Out of Court (b thru j) _____ |
| c Witness Interviews | | |
| d Consultation with Investigators & Experts | | × Hourly Rate ($ _____ ) |
| e Obtaining & Reviewing the Court Record | | |
| f Obtaining and Reviewing Documents and Other Evidence | | 15A TOTAL AMOUNT CLAIMED |
| g Consulting with Resource Center | | |
| h Legal Research and Writing | | |
| i Travel | | |
| j Other (Please Attach Description of Service) | | $ |

| 16 | TRAVEL LODGING, MEALS ETC | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| EXPENSES | | | | | 16A TOTAL TRAVEL EXP<br>$ |
| | | | | | 16B TOTAL OTHER EXP<br>$ |
| | | | | | 17 GRAND TOTAL CLAIMED<br>$ |

**18 CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____

F ☐ Final Payment    I ☐ Interim Payment No _____
S ☐ Supplemental Payment

Has compensation and/or reimbursement for work in this case previously been applied for?  ☐ YES  ☐ NO
Has the person represented paid any money to you, or to your knowledge to anyone else in connection with the matter for which you were appointed to provide representation?  ☐ YES  ☐ NO

If yes, give details on additional sheets _____
I swear or affirm the truth or correctness of the above statements ▶

SIGNATURE OF ATTORNEY/PAYEE _____   DATE _____

**APPROVED FOR PAYMENT**

| 19 COMPENSATION | 20 TRAVEL EXPENSE | 21 OTHER EXPENSES | 22 TOTAL AMOUNT APPROVED |
|---|---|---|---|
| $ | $ | $ | $ |

| 23 SIGNATURE PRESIDING JUDICIAL OFFICER | 24 DATE | 25 JUDGE CODE |
|---|---|---|