# DEATH PENALTY PROCEEDINGS:
## APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

**D 50913**

| JURISDICTION | ☒ DISTRICT COURT 2<br>☐ COURT OF APPEALS 3 | 2a. DISTRICT COURT DOCKET NO<br>1:00HC018 | 2b COURT OF APPEALS DOCKET NO | 3 FOR (DISTRICT/CIRCUIT) |
|---|---|---|---|---|
| LOC CODE | 5 CHARGE/OFFENSE (U S or other code citation)<br>28 USC 14 | | 6 CASE CODE<br>☒ D-1  ☐ D-2  ☐ D-3  ☐ D-4 | |
| IN THE CASE OF | (illegible) VS THE STATE OF TEXAS | | 8 PERSON REPRESENTED (Last Name, First Name, Middle Initial) | |

**B-01-112**

PERSON REPRESENTED (Status)
☐ DEFENDANT  2 ☒ HABEAS PETITIONER  3 ☐ APPELLANT  4 ☐ APPELLEE  5 ☐ OTHER

**COURT ORDER**
☐ Appointing Counsel   C ☐ Co-Counsel   P ☐ Subs for Panel Atty   F ☐ Subs for Federal Public or Community Defender   R ☐ Subs for Retained Atty

Name of Prior Attorney: _____ Appt Date _____ Voucher No _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case

The attorney named in block 11 is appointed to serve as  ☐ Lead Counsel  ☐ Co-Counsel

c) If you represented the defendant or petitioner in any prior proceeding, attach a listing of those proceedings and describe your role in each (e g, lead counsel or co-counsel)

d) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, in term payments of compensation are approved pursuant to the attached order

Name of Co-Counsel: _____

Appointment Date _____ Voucher No _____

Sig of Presiding Judicial Officer or by Order of Court (Clerk/Deputy)

Date of Order _____ Nunc Pro Tunc Date _____

| FULL NAME OF ATTORNEY/PAYEE (First Name, M I, Last Name, Including Suffix) AND MAILING ADDRESS | 13B SOCIAL SECURITY NO (Only provide per instructions) | 13C EMPLOYER I D NO (only provide per instructions) |
|---|---|---|
| (illegible address) | 13D NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | **United States District Court Southern District of Texas FILED DEC 22 2000 Michael N. Milby Clerk of Court** |

| WORK PHONE | 13A Does the attorney have the preexisting agreement (see instructions) with a corporation, including a professional corporation?  ☐ Yes  ☐ No |
|---|---|

## CLAIM FOR SERVICES OR EXPENSES

**STAGE OF PROCEEDING**
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding  CHECK NO MORE THAN ONE BOX  Submit a **separate** voucher for **each** stage of the proceeding

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDINGS | |
|---|---|---|---|---|---|
| ☐ Pre-Trial | e ☐ Appeal | g ☐ Habeas Petition | k ☐ Petition for Supreme Court Writ of Certiorari | l ☐ Stay of Execution | o ☐ Other (Please attach description of Proceeding) |
| ☐ Trial | f ☐ Petition for Supreme Court Writ of Certiorari | h ☐ Evidentiary Hearing | | m ☐ Appeal of Denial of Stay | |
| ☐ Sentencing | | i ☐ Dispositive Motions | | n ☐ Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay | |
| ☐ Other Post Trial | | j ☐ Appeal | | | |

| HOURS, BY CATEGORY | CATEGORIES | HOURS | SUBTOTALS |
|---|---|---|---|
| State the number of hours expended for the following categories of work performed during the stage of proceedings at Item 14 | a In-Court Hearings | | In Court (a) _____ |
| | b Interviews and Conferences with Client | | Out of Court (b thru j) |
| | c Witness Interviews | | |
| | d Consultation with Investigators & Experts | | × Hourly Rate ($ _____) |
| | e Obtaining & Reviewing the Court Record | | |
| On a separate sheet, provide a detailed description of the services performed, including amounts of time spent and the dates on which the services were performed | f Obtaining and Reviewing Documents and Other Evidence | | 15A TOTAL AMOUNT CLAIMED |
| | g Consulting with Resource Center | | |
| | h Legal Research and Writing | | |
| | i Travel | | |
| | j Other (Please Attach Description of Service) | | $ |

| TRAVEL, LODGING, MEALS ETC | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|
| | | | | 16A TOTAL TRAVEL EXP  $ |
| | | | | 16B TOTAL OTHER EXP  $ |
| | | | | 17 GRAND TOTAL CLAIMED  $ |

**CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD _____ TO _____**

☐ Final Payment   ☐ Interim Payment No _____   ☐ Supplemental Payment

Has compensation and/or reimbursement for work in this case previously been applied for?  ☐ YES  ☐ NO
Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation?  ☐ YES  ☐ NO

If yes, give details on additional sheets _____

I swear or affirm the truth or correctness of the above statements ▶

SIGNATURE OF ATTORNEY/PAYEE _____ DATE _____

## APPROVED FOR PAYMENT

| COMPENSATION | 20 TRAVEL EXPENSE | 21 OTHER EXPENSES | 22 TOTAL AMOUNT APPROVED |
|---|---|---|---|
| $ | $ | $ | $ |
| SIGNATURE PRESIDING JUDICIAL OFFICER | | 24 DATE | 25 JUDGE CODE |

**COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA**

# DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

**D 50913**

IA 30
Rev. 4/96

| JURISDICTION | ☒ DISTRICT COURT 2 ☐ COURT OF APPEALS 3 | 2a. DISTRICT COURT DOCKET NO. 1:00MC018 | 2b. COURT OF APPEALS DOCKET NO. | 3. FOR (DISTRICT/CIRCUIT) |
|---|---|---|---|---|
| LOC. CODE xS BR | 5. CHARGE/OFFENSE (U.S. or other code citation) 28 USC 2254 | | 6 CASE CODE ☒ D-1 ☐ D-2 ☐ D-3 ☐ D-4 | |

IN THE CASE OF: MONTERRUBIO vs THE STATE OF TEXAS

8 PERSON REPRESENTED (Last Name, First Name, Middle Initial): Monterrubio, Jose I.

PERSON REPRESENTED (Status)
☐ DEFENDANT  2 ☒ HABEAS PETITIONER  3 ☐ APPELLANT  4 ☐ APPELLEE  5 ☐ OTHER ___

COURT ORDER
☐ Appointing Counsel    C ☒ Co-Counsel    P ☐ Subs for Panel Atty    F ☐ Subs for Federal Public or Community Defender    R ☐ Subs for Retained Atty.

Name of Prior Attorney: ___    Appt. Date ___    Voucher No. ___

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

☐ The attorney named in block 11 is appointed to serve as: ☐ Lead Counsel  ☒ Co-Counsel

Name of Co-Counsel: Michael B. Charlton

Appointment Date: 12/22/00    Voucher No: D 50912

c) If you represented the defendant or petitioner in any prior proceeding, attach a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel)

☐ d) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation are approved pursuant to the attached order

Sig of Presiding Judicial Officer or by Order of Court (Clerk Deputy)

Date of Order: 12/22/00    Nunc Pro Tunc Date: ___

FULL NAME OF ATTORNEY/PAYEE (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS:
lisa Vasquez
13 Nineteenth Street
Galveston, TX 77550

WORK PHONE: 409/763-2131

13A. Does the attorney have the preexisting agreement (see instructions) with a corporation, including a professional corporation? ☐ Yes  ☐ No

13B. SOCIAL SECURITY NO. (Only provide per instructions)

13C. EMPLOYER I.D. NO. (only provide per instructions)

13D NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

United States District Court
Southern District of Texas
FILED
DEC 2 2 2000
Michael N. Milby
Clerk of Court

## CLAIM FOR SERVICES OR EXPENSES

STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding

| CAPITAL PROSECUTION | HABEAS CORPUS | OTHER PROCEEDINGS |
|---|---|---|
| ☐ Pre-Trial    e ☐ Appeal | g ☐ Habeas Petition    k ☐ Petition for Supreme Court Writ of Certiorari | l ☐ Stay of Execution    o ☐ Other (Please attach description of Proceeding) |
| ☐ Trial    f ☐ Petition for Supreme Court Writ of Certiorari | h ☐ Evidentiary Hearing    i ☐ Dispositive Motions | m ☐ Appeal of Denial of Stay |
| ☐ Sentencing | j ☐ Appeal | n ☐ Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay |
| ☐ Other Post Trial | | |

HOURS, BY CATEGORY
State the number of hours expended for the following categories of work performed during the stage of proceedings at Item 14

On a separate sheet, provide a detailed description of the services performed, including amounts of time spent and the dates on which the services were performed

| CATEGORIES | HOURS | SUBTOTALS |
|---|---|---|
| a. In-Court Hearings | | In Court (a) ___ |
| b. Interviews and Conferences with Client | | Out of Court (b thru j): |
| c. Witness Interviews | | |
| d. Consultation with Investigators & Experts | | × Hourly Rate ($ ___ ) |
| e. Obtaining & Reviewing the Court Record | | |
| f. Obtaining and Reviewing Documents and Other Evidence | | 15A. TOTAL AMOUNT CLAIMED. $ |
| g. Consulting with Resource Center | | |
| h. Legal Research and Writing | | |
| i. Travel | | |
| j. Other (Please Attach Description of Service) | | |

| TRAVEL, LODGING, MEALS ETC | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|
| | | | | 16A. TOTAL TRAVEL EXP. $ |
| | | | | 16B. TOTAL OTHER EXP. $ |
| | | | | 17 GRAND TOTAL CLAIMED $ |

CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD ___ TO ___

☐ Final Payment    I ☐ Interim Payment No ___    ☐ Supplemental Payment

Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES  ☐ NO
Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES  ☐ NO

If yes, give details on additional sheets ___

I swear or affirm the truth or correctness of the above statements ▶

SIGNATURE OF ATTORNEY/PAYEE ___    DATE ___

## APPROVED FOR PAYMENT

| COMPENSATION | 20 TRAVEL EXPENSE $ | 21. OTHER EXPENSES $ | 22 TOTAL AMOUNT APPROVED $ |
|---|---|---|---|
| SIGNATURE PRESIDING JUDICIAL OFFICER | | 24. DATE | 25. JUDGE CODE |

ORIGINAL RETAINED BY FINANCIAL DEPUTY CLERK