IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE IGNACIO MONTERRUBIO** | X | |
| Petitioner | X | |
| | X | MISC NO. B-00-018 |
| | X | |
| **GARY JOHNSON, Respondent** | X | |
| Director Texas Department of | X | B-01-112 |
| Criminal Justice Institutional Division | X | |

## ORDER

On this the 04 day of January, 2001 came on before me, Jose Ignacio Monterrubio on his Motion to Toll further Running of the Statute of Limitations, set forth in 28 USC Sec. 2244 and to extend the deadline for filing his writ of habeas corpus.

It is the opinion of the Court that the Motion is well taken and should be granted. It is therefore ordered that the statute of limitations shall be tolled from December 22, 2000 to June 1, 2001. Counsel shall file the application for writ of habeas corpus by that date.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE