IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States  
Southern Distr:  
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO | X | |
| Petitioner | X | |
| | X | |
| V. | X | MISC NO. B-00-018 |
| | X | |
| GARY JOHNSON, Respondent | X | B-01-112 |
| Director Texas Department of | X | |
| Criminal Justice Institutional Division | X | |

**PETITIONER'S MOTION TO FILE SKELETAL WRIT OF HABEAS CORPUS**

Comes now the Petitioner, Jose Ignacio Monterrubio and files this Motion to File a Skeletal Writ of Habeas Corpus and as grounds respectfully states:

I.

Mr. Monterrubio is a death sentenced inmate who was convicted in Cameron County, Texas of the offense of capital murder. His conviction was affirmed by the Texas Court of Criminal Appeals which also denied his application for writ of habeas corpus.

Both of the undersigned counsel were appointed by this Court on December 22, 2000. This court has previously extended the deadline for filing the Writ of Habeas Corpus to June 1, 2001.

II.

Counsel for Mr. Monterrubio request that they be allowed to file what is known as a skeletal writ of habeas corpus by the deadline. Such "skeletal" writs are not intended to serve as the basis for this Court's decision but intended only to stop the futher running of the statute of limitations. Counsel request permission to file the skeletal writ because they have been unable to obtain a complete copy of the appellate record in this case. The District Clerk of the State

District Court in Cameron County has been unable to locate Volumes 1 through 15 of the trial record and counsel have reason to believe that there are some volumes of pretrial hearings which are also missing. Counsel were only able to obtain volumes 16 through 21 of the trial record. Counsel cannot file a complete Application for Writ of Habeas Corpus without access to the complete appellate record.

III.

CERTIFICATE OF CONFERENCE

Counsel has conferred with opposing counsel, Ms. Tina Dettmer, of the Texas Attorney General's office and she is unopposed to this request so long as counsel for Mr. Monterrubio include all possible grounds for obtaining the writ in their skeletal writ..

Counsel for Mr. Monterrubio will attempt to assert all claims which could possibly be asserted by Mr. Monterrubio. However, in view of the fact that the reason for this request is that counsel for Mr. Monterrubio have been unable to obtain a complete copy of the appellate record, it is possible that once they read the missing portion of the record they will discover new or different grounds for the application. Counsel for Mr. Monterrubio will assert any new or different grounds for the application which they find upon reading the entire record. Counsel realize that the Attorney General's office reserves the right to object to any new issues raised in the amended writ.

IV.

Counsel request that they be allowed to file the skeletal writ by the deadline of June 1, 2001 and that they be allowed to amend that writ to state all the claims upon which the Court will rule by July 1, 2001.

Respectfully submitted,

Michael B. Charlton
1744 Norfolk
Houston, Texas 77098
(713) 572 2333
State Bar of Texas 04144800

COUNSEL FOR JOSE IGNACIO MONTERRUBIO

Elisa Vasquez
613 19th Street
Galveston, Texas 77550
(409) 763-2131
Fax (409) 763-4104
State Bar of Texas 20502100

COUNSEL FOR JOSE IGNACIO MONTERRUBIO

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion was served on Ms. Tina Dettmer of the Texas Attorney General's Office, P.O. Box 12548, Austin, Texas 78711 by the appropriate means.

Respectfully,

Michael B. Charlton