9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO | X | |
| Petitioner | X | |
| | X | |
| V. | X | MISC NO. B-00-018 |
| | X | |
| GARY JOHNSON, Respondent | X | B-01-112 |
| Director Texas Department of | X | |
| Criminal Justice Institutional Division | X | |

## MOTION TO OBTAIN COMPLETE APPELLATE RECORD

Comes now the Petitioner, Jose Ignacio Monterrubio to ask this Court to compel counsel for the Respondent to produce a complete appellate record in this cause and would show the Court as follows:

I.

Mr. Monterrubio is a death sentenced inmate whose petition for writ of habeas corpus is to be filed in this Court.

II.

CERTIFICATE OF CONSULTATION

Counsel has conferred with opposing counsel, Tina Dettmer of the Texas State Attorney General's office, on the relief requested by this Motion and she is unopposed to the relief sought here.

III.

After the undersigned counsel were appointed to represent Mr. Monterrubio, they attempted to obtain an appellate record in this matter. The state district clerk of Cameron County, however, could find only a portion of the appellate record. Counsel has made repeated

efforts to obtain the balance of the appellate record, all of which have proven unsuccessful. Presently, there are approximately 15 volumes of jury selection and court room testimony that are missing. There is little or no likelihood that the missing volumes will be found in the near future, if at all.

A complete appellate record exists in the Texas Court of Criminal Appeals. That court will not allow anyone to check out that record. That Court's offices, however, are in the same building as that of counsel for Respondent and that Court will allow the state Attorney General's office to remove the appellate record from the office of the Court of Criminal Appeals for copying so long as the record does not leave the building. The Attorney General's office routinely copies those records for their own use.

Counsel requests an order from this Court compelling counsel for the Respondent to check out the appellate record, and make a copy of same for benefit of the undersigned counsel. The undersigned counsel will then scan the record into a computer format and return the copy immediately to the Respondent. As noted above, counsel for Respondent is unopposed to this.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully requests this Court to order the respondent's counsel to provide a complete appellate record to the undersigned counsel.

Respectfully submitted,

_____
Michael B. Charlton
1744 Norfolk
Houston, Texas 77098
(713) 572 2333
State Bar of Texas 04144800

COUNSEL FOR JOSE IGNACIO
MONTERRUBIO

_____
Elisa Vásquez
613 19th Street
Galveston, Texas 77550
(409) 763-2131
Fax (409) 763-4104
State Bar of Texas 20502100

COUNSEL FOR JOSE IGNACIO
MONTERRUBIO

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion was served on Ms. Tina Dettmer of the Texas Attorney General's Office, P.O. Box 12548, Austin, Texas 78711 by the appropriate means.

Respectfully,

Michael B. Charlton

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE IGNACIO MONTERRUBIO** | X | |
| **Petitioner** | X | |
| | X | |
| **V.** | X | **MISC NO. B-00-018** |
| | X | |
| **GARY JOHNSON, Respondent** | X | |
| **Director Texas Department of** | X | |
| **Criminal Justice Institutional Division** | X | |

## ORDER

On this the ___ day of June, 2001 came on before me counsel for the Petitioner on their unopposed request for a complete appellate record. It is the Court's opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that counsel for the Respondent obtain the state appellate record in this cause, make a copy of same, and send that copy to counsel for Petitioner. Petitioner's counsel shall then make their own copy and return immediately the obtained copy to the Respondent for their use.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION