19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO | X | |
| Petitioner | X | |
| | X | |
| V. | X | MISC NO. B-00-018 |
| | X | |
| GARY JOHNSON, Respondent | X | |
| Director Texas Department of | X | B-01-112 |
| Criminal Justice Institutional Division | X | |

## ORDER

On this the 6 day of June, 2001 came on before me, Jose Ignacio Monterrubio on his Motion for Leave to File Skeletal Writ of Habeas Corpus by June 1, 2001 and the final application for writ of habeas Corpus by July 1, 2001.

THE COURT ENTERS THE FOLLOWING ORDERS:

1. Counsel for the Petitioner shall be permitted to file a skeletal writ of habeas corpus on or before June 1, 2001. No action will be taken by either the Court or opposing counsel on this writ application.

2. Counsel for Petitioner must file his amended writ of habeas corpus by July 1, 2001. Once that amended writ is filed, setting forth all of his claims for relief, this Court shall enter a scheduling order for responses and further motions.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE