IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 6 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE IGNACIO MONTERRUBIO | X |
| Petitioner | X |
| | X |
| V. | X   MISC NO. B-00-018 |
| | X |
| GARY JOHNSON, Respondent | X   B-01-112 |
| Director Texas Department of | X |
| Criminal Justice Institutional Division | X |

## ORDER

On this the 6th day of June, 2001 came on before me counsel for the Petitioner on their unopposed request for a complete appellate record. It is the Court's opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that counsel for the Respondent obtain the state appellate record in this cause, make a copy of same, and send that copy to counsel for Petitioner. Petitioner's counsel shall then make their own copy and return immediately the obtained copy to the Respondent for their use.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION