UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
U.S. Federal Building & Courthouse
600 E. Harrison, #203
BROWNSVILLE, TEXAS  78520-7152

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
FELIX RECIO
MAGISTRATE JUDGE

July 9, 2001

PHONE (956) 548-2701

Mr. Michael B. Charlton
Attorney at Law
1744 Norfolk
Houston, TX 77098

Ms. Elisa Vasquez
Attorney at Law
613 19th Street
Galveston, TX 77550

Ms. Tina Dettmer
Assistant Attorney General
Capital Litigation Division
P. O. Box 12548
Austin, TX 78711-2548

RE:   CIVIL ACTION NO. B-01-112
      <u>MONTERRUBIO VS JOHNSON</u>

Dear Counsel:

A telephonic status conference is hereby set for July 16, 2001, at 2:00 p.m., in the above-captioned cause of action. Arrangements have been made for Mr. Charlton to initiate the call at telephone number 956/548-2701.

Sincerely,

Judge Felix Recio
Magistrate Judge Recio