Felix Recio, Judge Presiding
SOUTHERN District of Texas, Brownsville Division

United States District Court
Southern District of Texas

FILED
JUL 1 6 2001

Michael N. Milby
Clerk of Court

Date:     July 16, 2001, 2 pm

---

# C.A. NO. B-01-112 (HGT)

---

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO | * | Michael B Charlton & Elisa Vasquez appointed |
| vs | * | |
| GARY JOHNSON, Director Texas Department of Criminal Justice Institutional Division | * | Tina Dettmer, AAG |

---

## TELEPHONIC STATUS CONFERENCE

A telephonic conference held with attorneys Charlton, Vasquez and Dettmer.

The Court, pursuant to Judge Tagle's Order (Docket No. 10) set the following scheduling order:

1. Respondent JOHNSON will file its response and motion for summary judgment by September 21, 2001. Petitioner MONTERRUBIO will respond to JOHNSON's response and motion for summary judgment by October 29, 2001.

2. Copies of the trial transcript will be sent to the Court by the Respondent as soon as possible, but no later than September 1, 2001.

3. Motions to abate proceedings, to address unexhausted claims, will be filed as soon as possible but no later than September 1, 2001.

All other hearings will be set after the Court considers the motions for summary judgment.

