16

IN THE UNITED STATE DISTRCIT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| *JOSE IGNACIO MONTERRUBIO* | § |
| Petitioner, | § |
| | § |
| *v.* | § |
| | § |
| *JANIE COCKRELL, DIRECTOR,* | § |
| *TEXAS DEPARTMENT OF CRIMINAL* | § |
| *JUSTICE, INSTITUTIONAL DIVISION,*[1] | § |
| Respondent. | § |

CA   B-01-112

MISC. NO. B-00-018

## RESPONDENT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through the Attorney General of Texas, and files this Unopposed First Motion for Extension of Time with Brief in Support. In support thereof, the Director would show the Court the following:

According to Southern District of Texas Local Rules 7.2 and 7.3, the Director's response to Petitioner's Motion to Abate the Proceeding is due in this Court on September 10, 2001. It is the undersigned's good faith belief that responsible briefing of the issues raised in this case will prove virtually impossible within the time remaining. This is primarily due to the fact the Director's response to this motion is contingent in part upon arguments to be asserted in the Director's Answer and Motion for Summary Judgment to be filed on September 21, 2001.

---

[1]     The previous named respondent in this action was Gary L. Johnson. On August 1, 2001, Janie Cockrell succeeded Johnson as Director of the Texas Department of Criminal Justice, Institutional Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, she "is automatically substituted as a party."

The Director regrets that, for the reasons noted above, the undersigned attorney's caseload necessitates that she request an extension of time. She requests an additional 11 days, or to and including September 21, 2001 in which to file a response to petitioner's motion. This request is not for the purposes of delay but is merely to permit accurate and concise response to the issues raised in Monterrubio's motion.

This motion is unopposed. Undersigned counsel contacted counsel for the petitioner, Mr. Michael B. Charlton, by telephone on August 29, 2001 to discuss the substance of this motion. Mr. Charlton represented to the undersigned that he had no opposition to an extension of time to file the response.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests a period of time to and including June 9, 2001, within which to file his response.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division

2

TINA J. DETTMER
Assistant Attorney General
State Bar No. 24026139
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1600
Fax No. (512) 320-8132

ATTORNEYS FOR RESPONDENT

3

## CERTIFICATE OF CONFERENCE

I, TINA J. DETTMER, Assistant Attorney General of Texas, do hereby certify that a telephone conference was conducted with counsel for the Petitioner, Mr. Michael B. Charlton on August 29, 2001 regarding this motion, and counsel stated that he was not opposed to Respondent's request for additional time in which to file a response to Monterrubio's Motion for Abate of the Proceedings.

_____
TINA J. DETTMER
Assistant Attorney General


## CERTIFICATE OF SERVICE

I, TINA J. DETTMER, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent's Unopposed First Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 4th day of September, 2001, addressed to:


Michael B. Charlton
1744 Norfolk
Houston, Texas 77095

_____
TINA J. DETTMER
Assistant Attorney General

4

IN THE UNITED STATE DISTRCIT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*JOSE IGNACIO MONTERRUBIO* §
     Petitioner, §
      §
*v.* §    MISC. NO. B-00-018
      §
*JANIE COCKRELL, DIRECTOR,* §
*TEXAS DEPARTMENT OF CRIMINAL* §
*JUSTICE, INSTITUTIONAL DIVISION,* §
     Respondent. §

## **ORDER**

It is hereby ordered that Respondent, Gary Johnson, Director, Texas Department of Criminal Justice, Institutional Division, shall file with this Court a responsive pleading to Petitioner Monterrubio's Motion to Abate the Proceedings  no later than September 21, 2001.

Entered this _____ day of _____, 2001.

_____
JUDGE PRESIDING