United States District Court
Southern District of Texas
FILED Entered

SEP 0 7 2001

Michael N. Milby
Clerk of Court
By:

IN THE UNITED STATE DISTRCIT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JOSE IGNACIO MONTERRUBIO* | § | |
| Petitioner, | § | BO1-112 |
| | § | |
| *v.* | § | MISC. NO. ~~B-00-0~~18 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## **ORDER**

It is hereby ordered that Respondent, Gary Johnson, Director, Texas Department of

Criminal Justice, Institutional Division, shall file with this Court a responsive pleading to

Petitioner Monterrubio's Motion to Abate the Proceedings  no later than September 21,

2001.

Entered this _6th_ day of _September_, 2001.

_____

JUDGE PRESIDING

5