21

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby
By Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO | X | |
| | X | *C A B-01-112* |
| V | X | CAUSE NO. ~~MISC NO. B-00-018~~ |
| | X | |
| JANIE COCKRELL, Director | X | |
| Texas Department of Criminal Justice | | |
| Institutional Division | | |

**ORDER**

On this the 25 day of October, 2001 came on before me the Petitioner's Unopposed

Request for an Extension of Time to File his Summary Judgment Response. It is the opinion of

the Court that the same should be granted.

IT IS THEREFORE ORDERED that the Petitioner file his summary judgment response

by Friday, October 26, 2001.


_____

FELIX RECIO
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS