United States District Court
Southern District of Texas
FILED

OCT 2 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO | X | |
| | X | CAB-01-112 |
| V | X | CAUSE NO. ~~MISC NO. B-00-018~~ |
| | X | |
| JANIE COCKRELL, Director | X | |
| Texas Department of Criminal Justice | | |
| Institutional Division | | |

## MOTION FOR EXTENSION OF TIME

## TO FILE SUMMARY JUDGMENT RESPONSE

Comes now the Petitioner, Jose Monterrubio to ask this Court for an Extension of Time to File his Summary Judgment Response for the following reasons:

I.

Mr. Monterrubio is a death sentenced inmate whose petition for writ of habeas corpus is on file with this Court. The Respondent has filed a motion for summary judgment to which Mr. Monterrubio must respond. This Court has granted one extension of time to Friday, October 26, 2001.

II.

### CERTIFICATE OF CONSULTATION

Counsel was unable to confer with opposing counsel, Tina Dettmer about this motion as she is in trial. Counsel was able to confer with one of Ms. Dettmer's colleagues again, Ed Marshall who informed me that Ms. Dettmer would not oppose the relief sought in this motion.

III.

Counsel requests a second extension of time to Tuesday, October 30, 2001 to file this

summary judgment response. As noted in the last motion, Counsel would show the Court that he has been providing care for his mother, who is gravely ill with cancer and has not had sufficient time to finish the summary judgment response. During the last couple of days, his mother's condition has been such that more time from the office to assist in her care was required than originally thought. Counsel regrets the delay caused by this situation and will have the response prepared and filed by October 30, 2001.

WHEREFORE PREMISES CONSIDERED, Mr. Monterrubio respectfully requests that he be granted an extension of time to file his summary judgment response to Tuesday, October 30, 2001.

Respectfully submitted,


MICHAEL B. CHARLTON
1744 Norfolk
Houston, Texas 77098
(713) 572 2333
(713) 572 2483 (fax)
State Bar of Texas 04144800
COUNSEL FOR JOSE IGNACIO MONTERRUBIO

### CERTIFICATE OF SERVICE

This is to certify that a copy of this Request for an Extension of Time was served on opposing counsel, Tina Dettmer, of the Texas State Attorney General's Office, P.O. Box 12548, Austin, Texas 78711 by mailing a copy of same on October 30, 2001.


Michael B. Charlton

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **JOSE IGNACIO MONTERRUBIO** | X |
| | X |
| V | X   CAUSE NO. MISC NO. B-00-018 |
| | X |
| **JANIE COCKRELL, Director** | X |
| **Texas Department of Criminal Justice** | |
| **Institutional Division** | |

## ORDER

On this the __ day of October, 2001 came on before me the Petitioner's Unopposed Request for an Extension of Time to File his Summary Judgment Response. It is the opinion of the Court that the same should be granted.

IT IS THEREFORE ORDERED that the Petitioner file his summary judgment response by Tuesday, October 30, 2001.

_____
FELIX RECIO
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS