# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION



OCT 2 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE IGNACIO MONTERRUBIO

Vs.     CV ACTION NO. __B-01-112__

JANIE COCKRELL, DIRECTOR
TEXAS DEPT. OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on __Oct. 26, 2001__, the Court STRUCK the filing

entitled __MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT__

__RESPONSE,__ because it did not comply with one or more of the following Local Rules:

1.____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2.__X__ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3.__X__ One or more of the following are not included beneath the attorney's signature:
   (a)   state bar number; or
   x (b)   Southern District of Texas Federal Bar Number; or
   (c)   office address including zip code; or
   (d)   telephone and facsimile numbers with area codes (LR 11.3(A)).

4.____ A copy of the filing was not provided (LR 5.2).

5.____ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6.____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D), CrLR12.2).

7.____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8.____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this __29th__ day of __October 2001__.

Felix Recio
United States Magistrate Judge