United States District Court
Southern District of Texas
FILED

NOV 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO | X | |
| | X | CA B-01-112 |
| V | X | CAUSE NO. ~~MISC NO. B-00-018~~ |
| | X | |
| JANIE COCKRELL, Director | X | |
| Texas Department of Criminal Justice | | |
| Institutional Division | | |

### ORDER

On this the 24 day of October, 2001 came on before me the Petitioner's Unopposed Request for an Extension of Time to File his Summary Judgment Response. It is the opinion of the Court that the same should be granted.

IT IS THEREFORE ORDERED that the Petitioner file his summary judgment response by Tuesday, October 30, 2001.

_signature_

FELIX RECIO
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS