IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. B-01-112 |
| | § | |
| JANIE COCKRELL, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Institutional Division | § | |
| Respondent. | § | |

## FINAL JUDGMENT

The Court dismisses without prejudice Petitioner Jose Ignacio Monterrubio's petition for writ of habeas corpus. This is a final judgment.

**SIGNED** at Brownsville, Texas, on this ___ day of May, 2002.

Hilda G. Tagle
United States District Judge